TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00434-CR






Rodolfo Orive, Appellant



v.



The State of Texas, Appellee







NO. 03-07-00513-CR






Froylan Padilla, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NOS. D-1-DC-06-204579 & D-1-DC-06-204578


HONORABLE WILFORD FLOWERS, JUDGE PRESIDING






O R D E R


PER CURIAM

These are companion appeals arising from a joint trial of the two appellants. The
reporter's record is complete except for the jury voir dire, which was recorded by a substitute
reporter, Robin Carter. Carter did not respond to the Court's overdue notice.

The substitute court reporter for the 147th District Court, Robin Carter, is ordered to
file that portion of the reporter's record for which she is responsible no later than February 22, 2008. 
See Tex. R. App. P. 37.3(a)(2). Carter is admonished that if she fails to comply with this order, she
can be ordered to show cause why she should not be held in contempt of this Court.

It is ordered February 6, 2008.



Before Justices Patterson, Puryear and Henson

Do Not Publish